IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**NICKALIST LANG,**

    Petitioner,

vs.                                 **CASE NO. 5:09-cv-229/RS-EMT**

**KENNETH S. TUCKER,**

    Respondent.

_____ /

## ORDER

Before me are the Magistrate Judge's Report and Recommendation (Doc. 23) and Petitioner's Response in Opposition (Doc. 24). I have considered Petitioner's objections *de novo*.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. The petition for writ of habeas corpus (Doc. 1) is **DENIED**.

3. A certificate of appealibility is **DENIED**.

4. The clerk is directed to close the file.

**ORDERED** on November 9, 2011.

                                                /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**